IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO G. AGUILAR, | Case No.: 2:07-CV-01150 MCE-JFM |
| Petitioner, | **ORDER DISMISSING HABEAS CORPUS PETITION** |
| v. | |
| D.K. SISTO, Warden | |
| Respondent. | |

The Court has been advised that petitioner had another parole suitability hearing on November 28, 2008 and was found suitable for parole.  Further, the California Governor has declined to review the grant of parole, foreclosing any possibility of reversal of parole by the Governor's Office. Petitioner, presumptively, has been released from prison and has obtained the ultimate relief sought in this court.  Accordingly, the claims raised in the petition have become moot. Thus, dismissal is required.

/ / /

/ / /

1    For all the foregoing reasons, petitioner's request for dismissal without prejudice is
2 GRANTED.
3
4    IT IS SO ORDERED.
5
6 DATED: August 13, 2008

7    _____
     MORRISON C. ENGLAND, JR
8    UNITED STATES DISTRICT JUDGE